UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-22109-CIV-WILLIAMS

DOUG LONGHINI,

    Plaintiff,

vs.

RCI HOLDINGS, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report and recommendation (DE 31) ("Report") recommending denial of Defendant RCI Holdings Inc.'s Motion to Dismiss (DE 9). Defendant RCI Holdings Inc. did not file objections to the Report, and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 31) are **AFFIRMED AND ADOPTED**. The Motion to Dismiss (DE 9) is **DENIED.**

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>12th</u> day of January, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE